1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   D. CARROLL,

11              Plaintiff,                    No.  2:13-cv-0215 CKD P

12        vs.

13   WILLIAM KNIPP, et al.,

14              Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account

19   statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28

20   U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his

21   prison trust account statement.

22        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

23   submit, within thirty days from the date of this order, a certified copy of his prison trust account

24   statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

25   /////

26   /////

1 failure to comply with this order will result in a recommendation that this action be dismissed

2 without prejudice.

3   Dated: April 1, 2013

4

5                                           CAROLYN K. DELANEY

                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10 8/md

carr0215.3c.new

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2