UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. CARROLL,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM KNIPP, et al.,<br><br>        Defendants. | No.  2:13-cv-0215 LKK CKD P<br><br><br>ORDER |

On August 19, 2013, defendant Hientschell filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: September 24, 2013

                                                CAROLYN K. DELANEY<br>
                                                UNITED STATES MAGISTRATE JUDGE

1
carr0215..46osc