1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    D. CARROLL,                              No.  2:13-cv-0215 LKK CKD P

12               Plaintiff,

13        v.                                   ORDER

14    WILLIAM KNIPP, et al.,

15               Defendants.

16

17        On August 19, 2013, defendant Hientschell filed a motion to dismiss.  Plaintiff has not

18    opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days

19    of the date of this order, plaintiff shall file an opposition to the pending motion to dismiss or a

20    statement of non-opposition.  Failure to comply with this order will result in dismissal of this

21    action pursuant to Federal Rule of Civil Procedure 41(b).

22    Dated:  September 24, 2013

23                                             _____
                                              CAROLYN K. DELANEY
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27    1
      carr0215..46osc
28