1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  D. CARROLL,                          No.  2:13-cv-0215 LKK CKD P

12                 Plaintiff,

13         v.                            ORDER

14  WILLIAM KNIPP, et al.,

15                 Defendants.

16

17         On November 4, 2013, the court recommended that this action be dismissed because

18  plaintiff had not filed an opposition to defendant Hientschell's motion to dismiss.  Plaintiff has

19  now filed his opposition.  Therefore, the court's recommendation will be vacated.

20         Also, plaintiff has requested the appointment of counsel.  The United States Supreme

21  Court has ruled that district courts lack authority to require counsel to represent indigent prisoners

22  in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain

23  exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to

24  28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v.

25  Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find

26  the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will

27  therefore be denied.

28  /////

                                     1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The court's November 4, 2013 recommendation that this action be dismissed is

3    vacated;

4    2.  Defendant Hientschell is granted until November 15, 2013 to file a reply to plaintiff's

5    opposition to defendant  Hientschell's motion to dismiss; and

6    3.  Plaintiff's request for the appointment of counsel (ECF No. 25) is denied.

7    Dated:  November 5, 2013

8    _____
     CAROLYN K. DELANEY
9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13   1
     carr0215.36
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2