UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. CARROLL,<br><br>    Plaintiff,<br><br>  v.<br><br>HIENTSCHELL, Lt.,<br><br>    Defendant. | No.  CIV. S-13-215 LKK/CKD<br><br><br><br>**ORDER** |

    This matter has been referred to this court from the United States Court of Appeals for the Ninth Circuit "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Referral Notice, filed March 7, 2014, in Case No. 14-15425.

    This action was dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies prior to suit. See Order filed January 9, 2014 (ECF No. 30). Plaintiff signed the complaint filed in this action on the day he alleges he was subjected to excessive force by defendant and plainly could not have even attempted to exhaust administrative remedies

1

1  prior to suit.  Plaintiff's appeal is therefore frivolous and
2  this court hereby revokes plaintiff's in forma pauperis status.
3  See Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir.
4  2002).
5      In accordance with the above, IT IS HEREBY ORDERED that:
6      1.  The Clerk of the Court is directed to file in this
7  action the Referral Notice filed March 7, 2014 in the United
8  States Court of Appeals for the Ninth Circuit.
9      2.  Plaintiff's in forma pauperis status is revoked; and
10     3.  The Clerk of the Court is directed to serve a copy of
11 this order on the parties to this action; and
12     4.  The Clerk of the Court is directed to send a copy of
13 this order to the United States Court of Appeals for the Ninth
14 Circuit.
15     DATED:  March 12, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2